**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA**                 **CASE NO.  3:26-CR-00183-01**

**VERSUS**                                    **JUDGE DAVID C. JOSEPH**

**ANFERNEE A RONE (01)**                      **MAG. JUDGE KAYLA D. MCCLUSKY**

## <u>ORDER</u>

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Signed at Monroe, Louisiana on this 13th day of May, 2026.

KAYLA D. MCCLUSKY
UNITED STATES MAGISTRATE JUDGE